UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **MARK MASON, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**PATRIOT GROWTH INSURANCE SERVICES, LLC d/b/a ALLIANCE 321 and QUOTELAB, LLC d/b/a MEDIAALPHA,**<br><br>Defendants. | Case No.: 3:23-cv-00386-WWB-LLL<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Mark Mason ("Plaintiff"), Defendant Patriot Growth Insurance Services, LLC d/b/a Alliance 321 ("Alliance 321"), and Defendant QuoteLab, LLC d/b/a MediaAlpha ("MediaAlpha") (together the "Defendants") (or jointly as the "Parties") hereby stipulate to dismiss Plaintiff's claims against the Defendants *with* prejudice and the putative class's claims *without* prejudice. Each party shall bear its own attorney's fees and costs.

\*\*\*\*

1

Dated: 07/26/2024                                 BY: /s/ _____

                                               MARK MASON
                                               4 Waver Place
                                               Palm Coast, FL 32137
                                               Tel: (386) 569-1050
                                               *Plaintiff*


Dated:                                            BY: /s/ _____

                                               SHILPA A. COORG, ESQ.
                                               ATTORNEY FOR DEFENDANTS
                                               PATRIOT GROWTH INSURANCE
                                               SERVICES, LLC D/B/A ALLIANCE 321
                                               AND QUOTELAB, LLC D/B/A
                                               MEDIAALPHA